# Notice Recipients

District/Off: 0208−4  User: esierra  Date Created: 5/3/2011
Case: 11−36260−cgm  Form ID: b9i  Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Richard E Ulloa | General Post−Office | Hurley, NY 12443 | | |
| ust | United States Trustee | 74 Chapel Street | Albany, NY 12207 | | |
| tr | Jeffrey L. Sapir−13 | As Chapter 13 and 12 Trustee | 399 Knollwood Road | Suite 102 | White Plains, NY 10603 |
| smg | United States Attorney | One St. Andrews Plaza | Claims Unit − Room 417 | New York, NY 10007−1701 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−551 | | |
| 5527147 | Advanta Bank | PO Box 9217 | Old Bethpage, NY 11804 | | |
| 5527148 | Amercian Express | PO Box 981537 | ElPaso, TX, 79998 | | |
| 5527154 | Banco Popular | PO Box 36270, | San Juan, PR 00936 | | |
| 5527152 | Being Kind | 448 Whites Hill Road | Guilford, NY 13780 | | |
| 5527165 | Central Hudson Gas &Electric Corp | 284 South Avenue | Poughkeepsie, NY 12601 | | |
| 5527161 | Charles Woodard | 60 Ridge Mountain Road | Stone Ridge, New York 12484 | | |
| 5527159 | Dennis Collet | 315 E. Kerley Corner Road | Tivoli, NY 12583 | | |
| 5527150 | Discover Card | PO Box 15316 | Wilmington, DE, 19850 | | |
| 5527153 | Doral Bank | 1451 FD Roosevelt Ave | San Juan PR, 00920 | | |
| 5527164 | Heritage Energy | 625 Sawkill Road, | Kingston, NY 12401 | | |
| 5527163 | Internal Revenue Service | Holly Nicholson | 153 Sawkill Road | Kingston, NY 12401 | |
| 5527160 | Mid−Hudson Valley Federal Credit Union | (MHVFCU) | 1099 Morton Blvd, Kingston, NY, 12401 | | |
| 5527162 | New York Department | of Taxation &Finance | PO Box 5300 | Albany, NY 12205 | |
| 5527158 | Primary Financial Services, L.L.C. | 3115 North 3rd Avenue, Suite 112 | Phoenix, Arizona 85013 | | |
| 5527149 | Sears | 701 E60th St North | Sioux Falls, SD 57117 | | |
| 5527156 | The Helping Hands Society | 33249 South East 52nd Street | Fall City, Washington 98024 | | |
| 5527166 | Time Warner | PO Box 610 | Kingston, NY 12402 | | |
| 5527151 | US Bank Card | 205 West 4th St | Cincinnati, OH,45202 | | |
| 5527146 | Ulster County Clerk | 240 Fair Street | Kingston NY, 12401 | | |
| 5527168 | Verizon | POBox 1100 | Albany, NY 12250 | | |
| 5527167 | Verizon Wireless | POBox 1100 | Albany, NY 12250 | | |
| 5527157 | Wells Fargo | PO Box 31557 | Billings MT, 59107 | | |
| 5527155 | Wells Fargo | POBox 10335 | Des Moines, IA, 50306 | | |

TOTAL: 28