**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Richard E Ulloa                                   CASE NO.: 11−36260−cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER: 13
xxx−xx−8283

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Richard E Ulloa was dismissed from the case on December 9, 2011 .

Dated: December 9, 2011                                  Vito Genna
                                                         Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                  Case No. 11-36260-cgm
Richard E Ulloa                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-4       User: esierra            Page 1 of 3           Date Rcvd: Dec 09, 2011
                           Form ID: 131             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2011.
```
db            Richard E Ulloa,    General Post-Office,    Hurley, NY  12443
smg          +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg          +United States Attorney's Office,    Southern District of New York,
               Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
5527154       Banco Popular,    PO Box 36270,,    San Juan, PR 00936
5527152      +Being Kind,    448 Whites Hill Road,    Guilford, NY 13780-3165
5527165      +Central Hudson Gas & Electric Corp,    284 South Avenue,    Poughkeepsie, NY 12601-4838
5527161      +Charles Woodard,    60 Ridge Mountain Road,    Stone Ridge, New York 12484-5400
5527159      +Dennis Collet,    315 E. Kerley Corner Road,    Tivoli, NY 12583-5601
5527153      +Doral Bank,    1451 FD Roosevelt Ave,    San Juan PR 00920-2717
5527164      +Heritage Energy,    625 Sawkill Road,,    Kingston, NY 12401-7157
5527163      +Internal Revenue Service,    Holly Nicholson,    153 Sawkill Road,    Kingston NY 12401-1226
5697933      +LEOPOLD & ASSOCIATES, PLLC,    Attorneys for Newbury Place REO III, LLC,
               80 Business Park Drive, Suite 301,    Armonk, New York 10504-1705
5527160       Mid-Hudson Valley Federal Credit Union,    (MHVFCU),    1099 Morton Blvd, Kingston, NY, 12401
5536864       NYS DEPT OF TAX & FINANCE,    BANKRUPTCY SECTION,    PO BOX 5300,    ALBANY, NY 12205-0300
5527162      +New York Department,    of Taxation & Finance,    PO Box 5300,    Albany, NY 12205-0300
5700061      +Newbury Place REO III, LLC as,    assignee of Wells Fargo Bank, N.A.,,
               Leopold & Associates, PLLC,    80 Business Park Drive, Suite 301,    Armonk, New York 10504-1705
5527158      +Primary Financial Services, L.L.C.,    3115 North 3rd Avenue, Suite 112,
               Phoenix, Arizona 85013-4359
5527156      +The Helping Hands Society,    33249 South East 52nd Street,    Fall City, Washington 98024-9608
5527166       Time Warner,    PO Box 610,    Kingston, NY 12402
5527151      +US Bank Card,    205 West 4th St,    Cincinnati, OH 45202-4824
5527146      +Ulster County Clerk,    240 Fair Street,    Kingston NY 12401-3806
5571743      +Wells Fargo Bank, N.A.,    c/o Berkman Henoch Peterson,    Peddy & Fenchel, PC,
               100 Garden City Plaza,    Garden City, NY 11530-3339
5537304      +Wells Fargo Bank, NA,    c/o Steven J. Baum, P.C.,    220 Northpointe Pkwy., Suite G,
               Amherst,  NY 14228-1894
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion02.pk.ecf@usdoj.gov Dec 09 2011 20:02:34      United States Trustee,
               74 Chapel Street,    Albany, NY 12207-2190
5527147      +EDI: MERRICKBANK.COM Dec 09 2011 19:58:00      Advanta Bank,    PO Box 9217,
               Old Bethpage, NY 11804-9017
5535255       EDI: MERRICKBANK.COM Dec 09 2011 19:58:00      Advanta Bank Corporation,
               c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5527148      +EDI: AMEREXPR.COM Dec 09 2011 19:58:00      Amercian Express,    PO Box 981537,
               ElPaso, TX 79998-1537
5599444       EDI: BECKLEE.COM Dec 09 2011 19:58:00      American Express Bank FSB,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
5527150       EDI: DISCOVER.COM Dec 09 2011 19:58:00      Discover Card,    PO Box 15316,    Wilmington, DE, 19850
5529579       EDI: DISCOVER.COM Dec 09 2011 19:58:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
5633008       EDI: RMSC.COM Dec 09 2011 19:58:00      GE Money Bank,    c/o Recovery Management Systems Corporat,
               25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
5563928       EDI: IRS.COM Dec 09 2011 19:58:00      INTERNAL REVENUE SERVICE,    P.O. BOX 21126,
               PHILADELPHIA, PA 19114
5605740       EDI: PRA.COM Dec 09 2011 19:58:00      Portfolio Recovery Associates, LLC,    c/o Hips,
               PO Box 12914,    Norfolk VA 23541
5582365       EDI: RECOVERYCORP.COM Dec 09 2011 19:58:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
5527149      +EDI: SEARS.COM Dec 09 2011 19:58:00      Sears,    701 E60th St North,    Sioux Falls, SD 57104-0432
5527168      +EDI: AFNIVZCOMBINED.COM Dec 09 2011 19:58:00      Verizon,    POBox 1100,    Albany, NY 12250-0001
5613267       EDI: AFNIVERIZONE.COM Dec 09 2011 19:58:00      Verizon,    PO BOX 3037,
               Bloomington, IL 61702-3037
5527167      +EDI: AFNIVZCOMBINED.COM Dec 09 2011 19:58:00      Verizon Wireless,    POBox 1100,
               Albany, NY 12250-0001
5613271      +EDI: AFNIVZWIRE.COM Dec 09 2011 19:58:00      Verizon Wireless,    PO BOX 3397,
               Bloomington, IL 61702-3397
5527155      +EDI: WFFC.COM Dec 09 2011 19:58:00      Wells Fargo,    POBox 10335,    Des Moines, IA 50306-0335
5527157      +EDI: WFFC.COM Dec 09 2011 19:58:00      Wells Fargo,    PO Box 31557,    Billings MT 59107-1557
5543739       EDI: WFFC.COM Dec 09 2011 19:58:00      Wells Fargo Bank, N.A.,    Home Equity Group,
               X2303-01A - 1 Home Campus,    Des Moines, IA 50328-0001
5548369      +EDI: WFFC.COM Dec 09 2011 19:58:00      Wells Fargo Bank, NA,    One Home Campus MAC X2302-04c,
               Des Moines, IA 50328-0001
                                                                                              TOTAL: 20
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0208-4          User: esierra              Page 2 of 3                 Date Rcvd: Dec 09, 2011
                              Form ID: 131               Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2011**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0208-4          User: esierra              Page 3 of 3                   Date Rcvd: Dec 09, 2011
                              Form ID: 131               Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2011 at the address(es) listed below:

          Charles A Higgs    on behalf of Creditor   Wells Fargo Bank, NA c.higgs@bhpp.com
          Jeffrey L. Sapir-13    info@sapirch13tr.com
          Marin L. Buczkowski    on behalf of Creditor   Wells Fargo Bank, NA bkincoming@mbaum.com
          Royston  Mendonza    on behalf of Creditor   Wells Fargo Bank, NA roy-mendonza@mbaum.com,
           bkincoming@mbaum.com
          Saul Oscar Leopold    on behalf of Creditor   Newbury Place REO III, LLC as assignee of Wells Fargo
           Bank, N.A. sleopold@leopoldassociates.com,   ngiraldo@leopoldassociates.com
          United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
                                                                                              TOTAL: 6